**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PETER LUCERO, ) | CASE NO. ED CV 08-01113 ODW (RZ) |
| Petitioner, ) ) | JUDGMENT |
| vs. ) ) | |
| K.V.S.P. (WARDEN), ) ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JERRY PETER LUCERO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 13, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE